AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lipman, Sheryl H. | U.S. District Court, Western District of Tennessee | 05/05/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge-Active Status | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

167 N. Main Street, Room 942
Memphis, TN 38103

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | University Counsel, Interim Chief of Staff | University of Memphis |
| 2. | Board of Directors | Memphis Child Advocacy Center |
| 3. | Director | Tennessee Shakespeare Company |
| 4. | Director | Memphis Jewish Foundation |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/14-5/14 | University of Memphis Salary | $76,132.47 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | University of Memphis, Teaching |
| 2. 2014 | Southwest Community College, Teaching |
| 3. 2014 | Self-Employed, Photographer |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sallie Mae | Education Loans | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lipman, Sheryl H. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Funds Capital World Growth & Income Fund | B | Dividend | L | T | | | | | |
| 2. American Funds Euro Pacific Growth Fund | A | Dividend | L | T | Buy (add'l) | 10/08/14 | J | | |
| 3. American Funds Growth Fund of America | C | Dividend | L | T | Sold (part) | 01/08/14 | J | | |
| 4. | | | | | Sold (part) | 07/08/14 | J | | |
| 5. Federated Government Obligations Fund | | None | J | T | | | | | |
| 6. Fidelity International Discovery Fund | | None | | | Sold | 10/07/14 | J | | |
| 7. ING Fixed Fund | | None | | | Sold | 10/07/14 | K | | |
| 8. iShares IBoxx $ Investment Grade Corporate Bond Fund | A | Dividend | J | T | Buy (add'l) | 10/16/14 | J | | |
| 9. | | | | | Buy (add'l) | 12/24/14 | J | | |
| 10. iShares MSCI EAFE Index Fund | | None | | | Sold | 04/29/14 | K | | |
| 11. iShares MSCI Emerging Markets Index Fund | | None | | | Sold | 04/29/14 | J | | |
| 12. iShares Russell 1000 Growth Index Fund | A | Dividend | K | T | Sold (part) | 08/05/14 | J | | |
| 13. | | | | | Buy (add'l) | 10/16/14 | J | | |
| 14. iShares Russell 1000 Value Index Fund | A | Dividend | K | T | Buy (add'l) | 08/05/14 | J | | |
| 15. | | | | | Buy (add'l) | 10/16/14 | J | | |
| 16. | | | | | Sold (part) | 12/24/14 | J | | |
| 17. iShares Russell 2000 Growth Index Fund | A | Dividend | J | T | Sold (part) | 09/24/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lipman, Sheryl H. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 10/16/14 | J | | |
| 19. iShares Russell 2000 Value Index Fund | A | Dividend | J | T | | | | | |
| 20. iShares Russell Midcap Growth Index Fund | A | Dividend | J | T | Sold (part) | 08/05/14 | J | | |
| 21. | | | | | Buy (add'l) | 10/16/14 | J | | |
| 22. iShares Russell Midcap Value Index Fund | A | Dividend | J | T | Sold (part) | 08/05/14 | J | | |
| 23. | | | | | Buy (add'l) | 10/16/14 | J | | |
| 24. Morgan Stanley Midcap Growth Fund | D | Dividend | L | T | Buy (add'l) | 04/08/14 | J | | |
| 25. | | | | | Sold (part) | 10/08/14 | J | | |
| 26. PIMCO Total Return Fund | B | Dividend | L | T | Buy (add'l) | 01/08/14 | J | | |
| 27. | | | | | Buy (add'l) | 07/08/14 | J | | |
| 28. | | | | | Sold (part) | 10/08/14 | J | | |
| 29. Princeton Futures Strategy Fund | A | Dividend | J | T | | | | | |
| 30. SPDR Barclays Convertible Securities ETF | A | Dividend | J | T | Sold (part) | 08/05/14 | J | | |
| 31. SPDR Barclays High Yield Bond ETC | A | Dividend | J | T | | | | | |
| 32. SPDR Barclays International Treasury Bond ETC | A | Dividend | J | T | Buy (add'l) | 08/05/14 | J | | |
| 33. SPDR Dow Jones REIT ETF | A | Dividend | | | Sold | 04/29/14 | J | | |
| 34. JP Morgan Strategic Income Opportunities Fund Select Class | A | Dividend | J | T | Buy (add'l) | 08/05/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lipman, Sheryl H. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Paragon National Bank Accounts | A | Interest | K | T | | | | | |
| 36. Navy Credit Union Accounts | A | Interest | J | T | | | | | |
| 37. Vanguard REIT Exchange Traded Fund | A | Dividend | J | T | Buy | 04/29/14 | J | | |
| 38. Vanguard FTSE Emerging Markets ETF | A | Dividend | J | T | Buy | 04/29/14 | J | | |
| 39. | | | | | Buy (add'l) | 09/24/14 | J | | |
| 40. | | | | | Buy (add'l) | 10/16/14 | J | | |
| 41. Vanguard FTSE Developed Markets ETF | A | Dividend | K | T | Buy | 04/29/14 | K | | |
| 42. | | | | | Buy (add'l) | 08/05/14 | J | | |
| 43. | | | | | Buy (add'l) | 10/16/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Lipman, Sheryl H. | 05/05/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sheryl H. Lipman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544